In the Matter of the Judicial Settlement of the Account of CLARA L. SMITH, as Administratrix of the Estate of JOSEPH W. McGHEE, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Motion for leave to appeal to Court of Appeals in six other similar cases held for further consideration by the court.

In the Matter of the Judicial Settlement of the Accounts of ROSCOE S. BUSH, as Administrator with the will annexed of the estate of CORNELIUS COOK, Deceased. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Petition of ERIE COUNTY BAR ASSOCIATION for the Removal of PHILIP LEICHTENTRITT, an Attorney and Counselor at Law. Order of disbarment entered upon the admission of respondent made in open court of the truth of the facts stated in certain of the grounds for removal alleged in the petition.

In the Matter of ROSCOE R. WILCOX, an Attorney at Law.— Upon the admission of respondent made in open court that the allegations of misconduct contained in the petition are true, an order is entered suspending the respondent from practice for the period of two years and thereafter until the further order of the court.

ABE O. SAMUELS, Respondent, v. CORA S. CUDEBEC, Appellant, and Another, Defendant.— Judgment reversed on the law, with costs, and motion for summary judgment denied, with ten dollars costs, on the ground that the issues as to payment alleged in the answer are sufficiently supported by affidavit to require a trial of such issues by the court. All concur.

BERTHA S. BABCOCK, Respondent, v. MILLARD C. BABCOCK and Others, as Executors, etc., of WILLIAM W. BABCOCK, Deceased, and Others, Appellants.*— Judgment affirmed, with costs. All concur. [147 Misc. 900.]

KATHERINE SCUTELLA, Individually and as Administratrix, etc., of JOSEPH SCUTELLA, Deceased, Respondent, v. COUNTY FIRE INSURANCE COMPANY OF PHILADELPHIA, Appellant.— Order entered December 28, 1932, affirmed. Order entered January 28, 1933, modified to provide that in case of a recovery by plaintiff in this action the sum of $269.23 costs, with interest thereon from December 28, 1932, shall be deducted from plaintiff's recovery. We award no costs on these appeals. All concur.

LINUS R. WEIS, Plaintiff, v. J. GILBERT GODDARD, Defendant.— Plaintiff's exceptions overruled, motion for a new trial denied with costs, and judgment directed for the defendant upon the nonsuit, with costs. As only exceptions are before the court no question of fact is here (Huda v. American Glucose Co., 151 N. Y. 549) and the court is without power to consider the question as to the exercise of discretion by the trial court in denying the plaintiff's motion that the nonsuit be without prejudice. All concur.

GEORGE H. ANTHONY, Respondent, v. RAY E. GREINER, Appellant.— Judgment and order affirmed, with costs. All concur.

CHARLES C. JACQUIN, Respondent, v. SYRACUSE AUTO RENTAL AND TAXICAB CORPORATION and Another, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL H. KAUFFMAN, Appellant.— Motion for a reargument denied.

* Appeal dismissed, 263 N. Y. 665.